1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                          WESTERN DIVISION

10

11   DEBORA E. LESCOE,              )  No. CV 12-03177-VBK
                                    )
12                  Plaintiff,      )  JUDGMENT
                                    )
13        v.                        )
                                    )
14   MICHAEL J. ASTRUE,             )
     Commissioner of Social         )
15   Security,                      )
                                    )
16                  Defendant.      )
     _____ )

17

18        **IT IS HEREBY ORDERED** that the decision of the Commissioner is

19   reversed, and the matter is remanded for a new hearing consistent with

20   the Memorandum Opinion.

21

22   DATED:  January 8, 2013               _____/s/_____
                                           VICTOR B. KENTON
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28