BRIAN C. SHAPIRO
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Debora E. Lescoe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA E. LESCOE, | Case No.: 2:12-cv-03177-GAF-VBK |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,500 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:   February 1, 2013

_____/s/_____
THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

2

           /s/
3  *Brian C. Shapiro*

4  _____
Brian C. Shapiro
Attorney for plaintiff Debora E. Lescoe

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26